**E. O. JENNINGS et ux., Petitioner, v. BON-HAM COCA COLA BOTTLING CO. et al., Respondents.**

No. A—247.

Supreme Court of Texas.

Jan. 24, 1945.

Webb & Webb, of Sherman, and Gullett & Gullett, of Denison, for petitioner.

Robertson, Leachman, Payne, Gardere & Lancaster and Henry D. Akin, all of Dallas, for respondents.

TAYLOR, Commissioner.

Having carefully considered the record of this cause and the argument upon submission, we have concluded that "the Court of Civil Appeals has entered the correct judgment." 181 S.W.2d 97. Accordingly the court directs that the order granting the writ of error be set aside and the application therefor be refused for want of merit under the authority of rule 500, Texas Rules of Civil Procedure.

It is so ordered.

Opinion adopted by the Supreme Court.